| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE | CASE NUMBER |
|---|---|---|---|
| | | 6/19/2006 | 6:06-mj-19 WMW |

NAME OF DEFENDANT: Jesse Shorp

ADDRESS OF DEFENDANT: 401 11th Ave

## CONDITIONS OF RELEASE AND APPEARANCE

Bail

Time and date of next appearance: 08/15/06 at 10:00 am

[Handwritten note:] Attorney may appear by phone. Rule 43 waiver may be entered for future court appearances

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

[Signature: Jesse Shorp]

1. CLERK OF COURT — WHITE COPY